AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __First Data Merchant Services, LLC__
was received by me on *(date)* __5/6/2021__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Registered Agent Corporation Service Company__, who is designated by law to accept service of process on behalf of *(name of organization)* __First Data Merchant Services, LLC__ on *(date)* __5/6/2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/6/21__

*Server's signature*

__Jackie Chrisp, Paralegal__
*Printed name and title*

315 W Ponce de Leon Ave Ste 1080
Decatur GA 30030
*Server's address*

Additional information regarding attempted service, etc: