UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DERON ALLEYNE,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES, LLC,<br><br>Defendant. | **Civil Action File No.**<br><br>**1:21-cv-01810-CAP-AJB** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Deron Alleyne
    First Data Merchant Services, LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    Regan Keebaugh

Charles B. Jellinek
Aiten McPherson

Dated June 17, 2021.

**Regan Keebaugh**
Georgia Bar No. 535500
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
T: (678) 271-0300
F: (678) 271-0311
regan@decaturlegal.com

## CERTIFICATE OF SERVICE

I certify that, on June 17, 2021, I filed the foregoing document through the Court's CM/ECF system, which will send email notification of such filing to all attorneys of record in this matter.

**Regan Keebaugh**
Georgia Bar No. 535500
Radford & Keebaugh, LLC