IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DERON ALLEYNE<br><br>    Plaintiff,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES, LLC,<br><br>    Defendants. | Civil Action File<br>Case No. 1:21-CV-01810-CAP-AJB |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant First Data Merchant Services, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully makes its required corporate disclosure and certificate of interested persons, stating as follows:

1)    The undersigned counsel of record for Defendant First Data Merchant Services, LLC certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a)  **Plaintiff Deron Alleyne**; and

b)  **Defendant First Data Merchant Services, LLC**, a wholly-owned subsidiary of **Fiserv, Inc**.  No publicly held corporation owns 10% or more of the stock

1

of Fiserv, Inc.

2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a) Radford & Keebaugh, LLC; Regan Keebaugh (attorney for Plaintiff).

3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Defendant First Data Merchant Services, LLC:**

Charles B. Jellinek (*admitted pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
E-mail: cbjellinek@bclplaw.com

Aiten M. McPherson
Georgia Bar No. 439899
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: 404-572-6600
E-mail: Aiten.McPherson@bclplaw.com

2

**For Plaintiff:**

    Regan Keebaugh
    Georgia Bar No. 535500
    **RADFORD & KEEBAUGH, LLC**
    315 W. Ponce de Leon Ave., Suite 1080
    Decatur, Georgia 30030
    T: (678) 271-0300
    F: (678) 271-0311
    regan@decaturlegal.com

Respectfully submitted this 18th day of June, 2021.

/s/ *Aiten M. McPherson*
 Aiten McPherson
Georgia Bar No. 439899
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center
1201 West Peachtree Street, NW
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 572-6716
Facsimile: (404) 572-6999
aiten.mcpherson@bclplaw.com

and

Charles B. Jellinek (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
E-mail: cbjellinek@bclplaw.com

*Attorneys for Defendant*
*First Data Merchant Services, LLC*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing pleading has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

This 18th day of June, 2021.

*/s/ Aiten M. McPherson*
Aiten M. McPherson

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 18th day of June, 2021.

*/s/ Aiten M. McPherson*
Aiten M. McPherson

USA.603776639.2/QNI