UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DERON ALLEYNE,

      Plaintiff,

      v.

FIRST DATA MERCHANT
SERVICES, LLC,

      Defendant.

**Civil Action File No.
1:21-CV-01810-CAP-AJB**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant in the above captioned matter, by and through their attorneys and pursuant to Fed. R. Civ. P. 41(a), hereby jointly stipulate to the dismissal of this matter with prejudice. Each party shall bear his or its own attorneys' fees and costs.

Dated November 2, 2021.

**Regan Keebaugh**
Georgia Bar No. 535500
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
T: (678) 271-0300
F: (678) 271-0311
regan@decaturlegal.com

**Aiten McPherson, Esq.**
Georgia Bar No. 439899
Aiten.mcpherson@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET, NW; SUITE 1400
ATLANTA, GA 30309
Telephone: (404) 572-6716
Fax: (404) 572-6999
**Charles B. Jellinek, Esq.**
(admitted pro hac vice)
cbjellinek@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
ONE METROPOLITAN SQUARE
211 N. BROADWAY, SUITE 3600
ST. LOUIS, MO 63102-2750
Telephone: (314) 259-2000
Fax: (314) 259-2020

## CERTIFICATE OF SERVICE

I certify that on November 2, 2021, I filed the foregoing document through the Court's CM/ECF system, which will send email notification of such filing to all attorneys of record in this matter.

**Regan Keebaugh**
Georgia Bar No. 535500
Radford & Keebaugh, LLC